UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Daryl Sharp,                                )
                                            )
          Plaintiff,                      )
                                            )      Case: 1:17-cv-00015
      v.                                 )      Assigned To : Unassigned
                                            )      Assign. Date : 1/4/2017
Timothy Dolan *et al.*,                     )      Description: Pro Se Gen. Civil (F Deck)
                                            )
                                            )
         Defendants.                     )

MEMORANDUM OPINION

This matter is before the Court on its initial review of the plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis* (IFP).  Under the statute governing IFP proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915 (e)(2).  For the reasons explained below, the Court will dismiss this action as frivolous.

The plaintiff is a resident of Arlington, Virginia.  He sues Archbishop of New York Timothy Cardinal Dolan and "the leaders of U.S. Conference of Catholic Bishops," Compl. Caption, under the Racketeer Influenced and Corrupt Organizations (RICO) Act, 18 U.S.C. § 1961 *et seq.*  The plaintiff alleges that the "Catholic hierarchy [has] added books to the original 66 book structure of the Bible," which along with "other additions . . . have distorted not only the simple purpose of the Bible and its message but with such additions have manipulated private business and governments here and around the globe . . . ."  Compl. at 2.  As a result, the plaintiff generally blames the Catholic Church for a host of activities covered by the RICO statute-- including money laundering, acts of terrorism, and sexual exploitation of children. *See id.* at 1.

*4*

Among other relief, the plaintiff "prays" that this Court find the Catholic Church guilty "for terrorist attacks at airports, military bases like the Navy Yard, the Boston Marathon, shopping malls, public schools like Sandy Hook Elementary and U.S. embassies . . . ." Compl. at 3.  He also seeks a finding of guilty against the Catholic Church under the genocide statute, 18 U.S.C. § 1091, but for "manipulation of the divine teaching book the Bible for manipulation and theft against the United States government." *Id.*

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" are subject to dismissal as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). The instant complaint satisfies this standard. *See Deutsch v. U.S. Dep't of Justice*, 881 F. Supp. 49, 54 (D.D.C. 1995), *aff'd sub nom. Deutsch v. Dep't of Justice*, 93 F.3d 986 (D.C. Cir. 1996) (dismissing as frivolous "wholly unsupported" RICO claim). Therefore, this case will be dismissed with prejudice. A separate Order accompanies this Memorandum Opinion.

Date: January 3rd, 2017

United States District Judge